## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| BRENDA SAMPSON, as Personal Representative of the Estate of Judi Lynn Sampson, MELINDA L. SALISBURY, as Personal Representative of the Estate of Ruth Rennebu,<br><br>          Plaintiffs,<br><br>v.<br><br>HUGH FRASER,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  Docket no. 1:11-cv-442-GZS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MILTON K.A. RENNEBU, II,<br><br>          Plaintiff,<br><br>v.<br><br>HUGH FRASER,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  Docket no. 1:12-cv-26-DBH<br>)<br>)<br>)<br>)<br>) |

## ORDER ON MOTION TO CONSOLIDATE

Before the Court is the Motion to Consolidate filed by Plaintiff Milton K.A. Rennebu, II. The Court has reviewed the written objection filed by Plaintiff Melinda Salisbury. The Court also held a conference of counsel on the Motion on April 13, 2012. At the conference, the Court directed Attorney Collier to file a copy of the Penobscot County Probate Court decision appointing a guardian and conservator for Plaintiff Milton Rennebu. The Court has since received and reviewed that order (Docket # 7 in 1:12-cv-26-DBH). Having considered all of the

2

parties' written and oral submissions, the Court now GRANTS the Motion and ORDERS that D. Me. Docket 1:12-cv-26-DBH be consolidated with D. Me. Docket 1:11-cv-442-GZS.

Federal Rule of Civil Procedure 42(a) allows a court broad discretion to consolidate cases that "involve a common question of law or fact." These cases undeniably involve common questions of law and fact to the extent that the claims arise out of the same motor vehicle accident. The Court is satisfied that no party will be prejudiced by the proposed consolidation and that consolidation will conserve the resources of the Court and the parties.

Docket 1:11-cv-442-GZS shall serve as the lead case for docketing purposes. The parties are directed to request a conference with Magistrate Judge Kravchuk in order to discuss any need to adjust the scheduling order in light of this consolidation.

SO ORDERED.

        /s/ George Z. Singal
       United States District Judge

Dated this 13th day of April, 2012.